UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOARDWELL, LLC | § § | CIVIL NO: |
| vs. | § § | AU:25-CV-01190-ADA |
| MONEXABA.VIP, RON WILSON, JOHN DOES 1-20 | § § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING VIA ZOOM** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Friday, August 22, 2025 at 01:00 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 19th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE