UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BOARDWELL, LLC §
§ CIVIL NO:
vs. § AU:25-CV-01190-ADA
§
MONEXABA.VIP, RON WILSON, JOHN §
DOES 1-20

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING VIA ZOOM

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION HEARING VIA ZOOM** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Friday, August 22, 2025 at 10:30 AM**.

    IT IS SO ORDERED this 21st day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE